No. 75. IN RE STOLAR. Sup. Ct. Ohio. [Certiorari granted, 396 U. S. 816; restored to calendar, 396 U. S. 999.] Motion of petitioner to remove case from summary calendar denied. *Leonard B. Boudin* on the motion.

No. 241. RASKIN, EXECUTOR *v.* P. D. MARCHESSINI, INC., ET AL. C. A. 2d Cir. Motion to substitute Sidney L. Raskin, Executor of Estate of Margaret Curry, deceased, in place of Margaret Curry, as party petitioner granted. *Jacob Rassner* and *Daniel M. Semel* on the motion.

No. 476. SEARS, ROEBUCK & Co. *v.* CARPET, LINO- LEUM, SOFT TILE & RESILIENT FLOOR COVERING LAYERS, LOCAL UNION No. 419, AFL–CIO, ET AL. C. A. 10th Cir. [Certiorari granted, 396 U. S. 926.] Motion of respondent union for leave to participate in oral argument granted, and a total of 1½ hours allotted for oral argument for entire case. *David S. Barr* on the motion.

No. 595. NELSON, WARDEN *v.* GEORGE. C. A. 9th Cir. [Certiorari granted, 396 U. S. 955.] Motion of respondent for appointment of counsel granted. It is ordered that *George A. Cumming, Jr., Esquire,* of San Francisco, California, be, and he is hereby, appointed to serve as counsel for respondent in this case.